Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

05-758

| United States District Court | District |
|---|---|
| Name (under which you were convicted): FELIX A. CRUET | Docket or Case No.: |
| Place of Confinement: | Prisoner No.: 00155538 |

Petitioner (include the name under which you were convicted)   Respondent (authorized person having custody of petitioner)

FELIX A. CRUET    v.    TOM CARROLL est.

The Attorney General of the State of Delaware   Jane Brady

FILED
OCT 31 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
Superior Court - New Castle County Courthouse 500 N. King Street, Suite 10400, Wilmington, De. 19801-3733
   (b) Criminal docket or case number (if you know): IN80090006 - IN81-08-1035

2. (a) Date of the judgment of conviction (if you know): 10/29/1981 / 02/19/1982
   (b) Date of sentencing: 10/23/1981 / 02/19/1982 — Separate cases.

3. Length of sentence: 2nd degree Murder guilty - sentenced to 9/25 day and not forget the Leap Years. 9/25

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☒ No ☐

5. Identify all crimes of which you were convicted and sentenced in this case: Defendant claims that the trial court also found him guilty of first degree Murder, but sentence was life with probation or parole. Due to trial judge suspending for 30 hours of community services or 30 days imprisonment and pay $2.50 dollar fine or 21 day more imprisonment Sentence concluded.

6. (a) What was your plea? (Check one)
   (1) Not guilty ☒     (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐         (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? The Petitioner Pled not guilty to First degree Murder - IN80090006. The Petitioner plead guilty to Asslt Det. Facil. IN81-08-1035

(c) If you went to trial, what kind of trial did you have? (Check one)

   Jury ☑   Judge only ❏

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   Yes ☑   No ❏

8. Did you appeal from the judgment of conviction?

   Yes ☑   No ❏

9. If you did appeal, answer the following:

   (a) Name of court: _Delaware Supreme Court_

   (b) Docket or case number (if you know): _No. #291, 1981_

   (c) Result: _03/21/1983 Mandate Affirmed_

   (d) Date of result (if you know): _don't know_

   (e) Citation to the case (if you know): _____

   (f) Grounds raised: _____

   _____

   _____

   _____

   _____

   (g) Did you seek further review by a higher state court?   Yes ❏   No ☑

   If yes, answer the following:

   (1) Name of court: _____

   (2) Docket or case number (if you know): _____

   (3) Result: _____

   _____

   (4) Date of result (if you know): _____

   (5) Citation to the case (if you know): _____

   (6) Grounds raised: _____

   _____

   _____

   (h) Did you file a petition for certiorari in the United States Supreme Court?   Yes ❏   No ☑

   If yes, answer the following:

   (1) Docket or case number (if you know): _____

Page 4

   (2) Result: _____
   _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
   Yes ❏  No ☑
11. If your answer to Question 10 was "Yes," give the following information:
   (a) (1) Name of court: _____
   (2) Docket or case number (if you know): _____
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: _____
   (5) Grounds raised: _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

   (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ❏  No ❏
   (7) Result: _____
   (8) Date of result (if you know): _____
   (b) If you filed any second petition, application, or motion, give the same information:
   (1) Name of court: _____
   (2) Docket or case number (if you know): _____
   (3) Date of filing (if you know): _____
   (4) Nature of the proceeding: _____
   (5) Grounds raised: _____
   _____
   _____
   _____

_____
_____
_____
_____

 (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ❏  No ❏

 (7) Result: _____

 (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

 (1) Name of court: _____

 (2) Docket or case number (if you know): _____

 (3) Date of filing (if you know): _____

 (4) Nature of the proceeding: _____

 (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____

 (6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes ❏  No ❏

 (7) Result: _____

 (8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

 (1) First petition:  Yes ❏  No ☑

 (2) Second petition:  Yes ❏  No ❏

 (3) Third petition:  Yes ❏  No ❏

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____
_____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

<u>CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.</u>

GROUND ONE: _Petitioner Claims The Warden & the State of Delaware Lacks Jurisdiction to Hold Him For A life Sentence._

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_Petitioner: Felix A. Cruet, claims Judge Bifferato Vincent A. Sr. did not sentence him as to IN80090006 Murder First degree, to be imprisonment for life beginning 087130 and that this sentence is mandatory sentence. With no chance of Probation or suspension for ▬▬ Parole._

(b) If you did not exhaust your state remedies on Ground One, explain why: _The Petitioner believes he is entitle relief where his sentence is not accordingly as ORDER of Judgment on 10/29/1981. The Petitioner believes the life sentence for First Degree Murder, was suspended for the second degree Murder charge and sentence._

(c) Direct Appeal of Ground One:
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ❑   No ❑
   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

(d) Post-Conviction Proceedings:
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?     Yes ❑   No ❑
   (2) If your answer to Question (d)(1) is "Yes," state:
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?

    Yes ❏   No ❏

(4) Did you appeal from the denial of your motion or petition?

    Yes ❏   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

    Yes ❏   No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____
_____
_____

(c) **Direct Appeal of Ground Two:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?

   Yes ❏   No ❏

   (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____
_____

(d) **Post-Conviction Proceedings:**

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

   Yes ❏   No ❏

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): _____

_____

   (3) Did you receive a hearing on your motion or petition?

   Yes ❏   No ❏

   (4) Did you appeal from the denial of your motion or petition?

   Yes ❏   No ❏

   (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

   Yes ❏   No ❏

   (6) If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the appeal was filed: _____

_____

Page 9

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑  No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ❏   No ❏

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?

  Yes ❏   No ❏

(4) Did you appeal from the denial of your motion or petition?

  Yes ❏   No ❏

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

  Yes ❏   No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

Page 11

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____
_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ❑   No ❑

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?        Yes ❑   No ❑

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?

Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?

Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ❏ No ❏

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    Yes ❏ No ❏

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   _____

   _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

   _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ❏ No ❏

Page 13

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

_____

_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❑    No ❑
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:
(a) At preliminary hearing: _____

_____

(b) At arraignment and plea: _____

_____

(c) At trial: _____

_____

(d) At sentencing: _____

_____

(e) On appeal: _____

_____

(f) In any post-conviction proceeding: _____

_____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

_____

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?         Yes ❑    No ❑

Page 14

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    Yes ❏    No ❏

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* The Petitioner: Felix A. Cruet's prays this Honorable court will review his sentence in 1981 and 1982, because under State law his time is finish and he should of already been release. Please stop this injustice by our Warden & State who lack jurisdiction to hold me any longer. The time bars of 28 U.S.C. §§ 2244(d) does not bar my petition of a Writ of Habeas Corpus of a Court order to release the prisoner as to time served, Which is guarantied by the United States Constitution under my 5th, 6th, 8th, and Fourteenth Amendment rights of Due Process of Law and order 18 U.S.C.A.

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: _Please release me from this illegal prison sentence of first degree Murder Which was suspended for a second degree_ or any other relief to which petitioner may be entitled. _murder conviction that did not charge a life sentence without Probation or Parole._

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __10/12/05__ (month, date, year).

Executed (signed) on __10/12/05__ (date).

+Felix A. Cruet
Signature of Petitioner

Felix A. Cruet
SBI No.# 00155538, SHU,
Building # 19-D-U-9-cell,
Delaware Correctional Center
1181 Paddock Road
Smyrna, De. 19977,

---

*(...continued)
(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Page 16

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____

_____

_____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

\* \* \* \* \*

IM Felix A. Cruet, SHU,
SBI# 00155538 Unit Building #19-D-U-9-cell.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S. X-RAY

Legal Mail

To: Clerk of United States District Court,
Mr. Peter T. Dalleo
Lock Box 18
844 King Street, U.S. CourtHouse
Wilmington, De. 19801

RECEIVED
OCT 2 8 2005
Delaware Correctional Center