GMS

05 CV 758

