FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 JAN 31  PM 12: 09

To: Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De. 19801-3570

January 23, 2006

RE: Cruet v Carroll et al
1:05-cv-758

Dear Your Honor Gregory M. Sleet,

The State of Delaware has not complied with the courts ORDER, dated 11/10/05 - within 45 days of receipt, respondent shall respond as directed. (copy to petitioner, Warden & AG) signed by his Honor Sleet on 12/7/05.

The petitioner Mr. Felix A. Cruet, request the court to respond to him directly as to both of his cases as to sentencing ORDERS and sentencing transcripts thereto as to case I.D. Nos. listed below. Thank you;

Sentencing dates below

Felix A. Cruet       # 3080085067   10/23/81 & 02/19/8
SBI.NO.# 00155538    Cr. A.# No. IN80090006
Delaware Correctional Center
SHU: Unit #19-D-U-9-cell.  Cr. A.# No. P81081035
1181 Paddock Road
Smyrna, Delaware
                     Respectfully Submitted
cc. Def. 19977.
                     x Felix A. Cruet
Dated: 01/23/06      Felix A. Cruet

I/M Felix A. Cruet
SBI# 155538   UNIT 19-D.U.9
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JAN 31  PM 12:09

To: Judge Gregory M. Sleet
United States District Court
844 N. King Street, Lockbox 18
Wilmington, De.
19801-3570

19801/3570